IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARI SIMONSEN,<br><br>Plaintiff,<br><br>vs.<br><br>THURSTON COUNTY SCHOOL DISTRICT 87-0013, and KIRK AHRENDS, in his individual and official capacities;<br><br>Defendants. | 4:24CV3033<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. ([Filing No. 46](#).) Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 17th day of April, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge